# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| CALVIN TERRY, ADC #116765 | PLAINTIFF |
| VS. 4:17CV00625-BRW-JTK | |
| EZELL, et al. | DEFENDANTS |

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendant Holladay is DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 25th day of October, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE